```
                                              FILED
                                          CHARLOTTE, NC
      UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF NORTH CAROLINA        OCT 25 2019

                                          US DISTRICT COURT
                                        WESTERN DISTRICT OF NC
```

UNITED STATES OF AMERICA ) DOCKET NO. 3:19mj377
)
v. )
)
ISAIAH MONTRECE-OMAR HARPER )

## ORDER SEALING ARREST WARRANT, AFFIDAVIT AND COMPLAINT

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Affidavit and Complaint, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Affidavit and Complaint, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 25th day of October, 2019.

_____
DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE